# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FJerry, LLC., <br><br>　　　　　　　Plaintiff, <br>　　v. <br><br>Avid Technology, Inc., <br><br>　　　　　　　Defendant. | Civil Action No. 22-Civ.- 10271 (CM) <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff FJerry, LLC, by and through its undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Complaint with prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　  s/ Jeffrey A. Lindenbaum　　　　　
　　　　　　　　　　　　　　　　　　　　Jeffrey A. Lindenbaum JL-1971
　　　　　　　　　　　　　　　　　　　　Jess M. Collen
　　　　　　　　　　　　　　　　　　　　Rothwell, Figg, Ernst & Manbeck, P.C.
　　　　　　　　　　　　　　　　　　　　The Holyoke-Manhattan Building
　　　　　　　　　　　　　　　　　　　　80 South Highland Avenue
　　　　　　　　　　　　　　　　　　　　Ossining, New York 10562
　　　　　　　　　　　　　　　　　　　　Tel.  (914) 941-5668
　　　　　　　　　　　　　　　　　　　　Fax. (914) 941-6091
　　　　　　　　　　　　　　　　　　　　jlindenbaum@rothwellfigg.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: January 27, 2023